Court is set aside, a new trial is ordered, and the case is remanded to the Superior Court for further proceedings not inconsistent with the decisions hereinabove cited.

Decided December 11, 1979

### STATE OF CONNECTICUT v. HYACINTH CLARK

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Joette K. Rubin,* public defender, in support of the petition.

Decided January 10, 1980

### STATE OF CONNECTICUT v. LESLIE CAMPBELL

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*Francis J. DiScala,* in support of the petition.

*Bruce P. Hudock,* deputy assistant state's attorney, in opposition.

Decided January 10, 1980

### BRUNSWICK CORPORATION ET AL. v. LIQUOR CONTROL COMMISSION

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New Haven at New Haven is granted by the court.

*Robert F. Vacchelli* and *Richard M. Sheridan,* assistant attorneys general, in support of the petition.

*Frank J. Silvestri, Jr.,* in opposition.

Decided January 29, 1980